

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:20-CR- 00029 JM |
| | ) | |
| BRANDY NICOLE CRISHER | ) | 18 U.S.C. § 641 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

It is material to the indictment that:

A. INTRODUCTION

1. During the period of April 4, 2019, through on or about June 13, 2019, the defendant, BRANDY NICOLE CRISHER, was United States Postal Service Support Employee Clerk (PSE) for the Grubbs, Arkansas, Post Office.

2. The United States Postal Service is a department of the United States. The Grubbs, Arkansas, Post Office is a branch of the United States Postal Service.

3. The functions of a PSE include, but are not limited to, selling stamps, issuing Postal money orders and submitting a daily financial report (1412).

4. These functions are verified by financial reports (247/647) created by Postal Service finance personnel, who track financial adjustments related to Post Office banking reconciling daily financial reports (1412), involving the stock stamp sold, money orders sold, and other fee discrepancies.

5. As a PSE, CRISHER, was responsible for properly managing and generating 1412's of the day-to-day operations of the Grubbs, Arkansas, Post Office.

6.      While working in her capacity as the PSE, the defendant, CRISHER's, the 247/647 reports revealed the bank totals from money orders cashed between April 4, 2019, and June 11, 2019, showed a shortage of $2,622.05 in cash from customers, in addition to a shortage of $35.00 in fees.

7.      While working in her capacity as the PSE, the defendant, CRISHER, had a shortage in her cash and stock stamp count of $378.61 on June 17, 2019.

B.    THE CHARGE

## COUNT ONE

(Embezzlement of Public Money)

1.      The allegations contained in paragraphs 1 through 7 of this indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      From on or about April 4, 2019, through on or about June 13, 2019, in the Eastern District of Arkansas, the defendant,

BRANDY NICOLE CRISHER,

willfully and knowingly did embezzle and convert to her own use approximately $3,035.66, which was property of the United States, and said property had come into the possession and under the care of CRISHER by virtue of her employment as a United States Postal Service Support Employee Clerk, in violation of 18 U.S.C. § 641.

## FORFEITURE ALLEGATION 1

Criminal Forfeiture Pursuant to 18 U.S.C. § 982(a)(1)(c)

Upon conviction of the offense alleged in Count One of this indictment, the defendant, BRANDY NICOLE CRISHER, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1)(c) and 28 U.S.C. § 2461, all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, including but not limited to a money judgment in the amount of at least $3,035.66.

(END OF TEXT. SIGNATURE PAGE ATTACHED.)